UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICENTA ANDINO AND EDWIN ANDINO, <br><br> Plaintiff, <br> v. <br><br> MERCANTILE ADJUSTMENT BUREAU, LLC, <br><br> Defendant. | ) ) ) ) ) ) **Case No.: 1:14-cv-00059-JTC** ) ) ) ) ) ) ) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal of Vicenta Andino from the Complaint with prejudice without fees and cost to either party, other than as agreed to by the parties.

/S/ Aaron R. Easley
Aaron R. Easley, Esq.
Attorney ID # 2823797
Sessions Fishman Nathan & Israel, LLC
200 Route 31, Suite 203
Flemington, NJ 08822
Phone: (908) 751-5940
Fax: (908) 751-5944
Email: aeasley@sessions-law.biz
Attorney for the Defendant

Date: August 19, 2014

/S/ Craig Thor Kimmel
Craig Thor Kimmel, Esq.
Attorney ID # 2790038
Kimmel & Silverman, P.C.
1001 Avenue of the Americas, 12th Floor
New York, NY 10018
Phone: (212) 719-7543
Fax: (877) 617-2515
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

Date: August 19, 2014

BY THE COURT:

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

      I hereby certified that on August 19, 2014 I electronically the foregoing by using the CM/ECF system, which will send notification to the following:

      Aaron R. Easley, Esq.
      Sessions Fishman Nathan & Israel, LLC
      200 Route 31, Suite 203
      Flemington NJ 08822 5736
      aeasley@sessions-law.biz

      By: /s/ Craig Thor Kimmel