**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

VICENTA ANDINO AND EDWIN
ANDINO,

                        Plaintiffs,

v.                                                                    Civil Action No.: 1:14-cv-00059-JTC

MERCANTILE ADJUSTMENT BUREAU,
LLC,

                        Defendant.

**DEFENDANT MERCANTILE ADJUSTMENT BUREAU, LLC'S**
**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE,** that upon the attached Defendant Mercantile Adjustment Bureau,

LLC's Local Rule 56(a) Statement of Material Facts In Support of Summary Judgment;

Defendant's Appendix to its Local Rule 56(a) Statement of Materials Facts, with attached

Declaration of Aaron R. Easley, Esq.; Declaration of Della Mea; the attached Exhibits to the

Appendix; the Memorandum of Law in Support of Summary Judgment; and all the prior pleadings

and proceedings heretofore had herein, Defendant Mercantile Adjustment Bureau by and through

its attorneys Sessions, Fishman, Nathan and Israel, LLC, will move this Court before the

Honorable John T. Curtin, Senior United States District Court Judge for the Western District of

New York, at the United States Courthouse, 2 Niagara Square, Buffalo, NY 14202, at a date and

time to be set by the Court, for an Order pursuant to Federal Rule of Civil Procedure 56, dismissing

Plaintiff's Complaint and granting summary judgment in favor of Defendant Mercantile

Adjustment Bureau, LLC, and for such other further relief as may be just and proper.

Dated: October 15, 2015  Respectfully submitted,

/s/ Aaron R. Easley
_____
Aaron R. Easley, Esq.
New York Bar No.: 2823797
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3 Cross Creek Drive
Flemington, NJ  08822-4938
Telephone No.: (908) 237-1660
Facsimile No.:  (908) 237-1663
Email:  aeasley@sessions-law.biz