Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| VINCENTA ANDINO, et al. | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 14-CV-59-C |
| v. | |
| MERCANTILE ADJUSTMENT BUREAU, LLC | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that defendant's motion for summary judgment is granted in its entirety and the complaint is dimissed.


Date: February 19, 2016                      MARY C. LOEWENGUTH
                                             CLERK OF COURT

                                             By: s/Kirstie L. Henry
                                                    Deputy Clerk